```
              FILED
      CLERK, U.S. DISTRICT COURT

          Oct 19, 2016

    CENTRAL DISTRICT OF CALIFORNIA
    BY:       PMC        DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA TORRES DREWES,<br><br>    Plaintiff,<br><br>vs.<br><br>COWORX STAFFING SERVICES LLC, a Delaware Limited Liability Corporation, NICOLE GANIER, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-05288-SVW(JEMx)<br><br>[Assigned to Judge Stephen V. Wilson and Magistrate Judge John E. McDermott]<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL COUNTS OF PLAINTIFF'S COMPLAINT FOR DAMAGES<br><br>State Action Filed:   May 20, 2016<br>Trial Date:   None Set |

**TO THE COURT AND ALL INTERESTED PARTIES:**

WHEREAS, Plaintiff LEILA TORRES DREWES ("Plaintiff") and Defendants COWORX STAFFING SERVICES LLC and NICOLE GANIER (collectively, "Defendants," and together with Plaintiff, the "Parties"), have agreed to dismiss with prejudice all causes of action against Defendants.

/ / /

/ / /

/ / /

---

**IT IS STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(2), that all counts of Plaintiff's Complaint for Damages dated May 19, 2016 (See Dkt. 7-1, Exh. A), constituting any and all claims against Defendants, are dismissed with prejudice, with each party to bear its own fees and costs, and each party hereby waiving all rights of appeal.

**THEREFORE, IT IS ORDERED THAT** the Parties Joint Stipulation for Dismissal with Prejudice of All Counts of Plaintiff's Complaint for Damages is hereby GRANTED.

DATED: October 19, 2016

JUDGE STEPHEN V. WILSON

26576283.1

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL COUNTS OF PLAINTIFF'S COMPLAINT FOR DAMAGES